# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOSE GONZALEZ, et al., | Case No.: 1:20-CV-01322-DAD-JLT |
| Plaintiffs, | ORDER REFERRING THE MATTER TO VDRP |
| v. | |
| SUBARU OF AMERICA, INC., | |
| Defendant. | |

On December 7, 2020, the parties submitted a joint scheduling report. (Doc. 9.) In that statement, the parties indicate that they consent "to ADR Procedure No. 2, and will appear before a neutral selected from the Court's mediation panel." (Doc. 9 at 11.) This appears to be a reference to procedures of the Central District of California. However, the Court construes this statement as a request to be referred to the Court's Voluntary Dispute Resolution Program Therefore, the Court **ORDERS**:

    1.    The Scheduling Conference set for December 14, 2020 is **VACATED**;

    2.    The matter is referred to the Voluntary Dispute Resolution Program;

///
///
///
///

3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated:   **December 8, 2020**              /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE