# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOSE GONZALEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUBARU OF AMERICA, INC., <br><br> Defendant. | Case No.: 1:20-CV-01322-DAD-JLT <br><br> ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT |

On December 7, 2020, the parties indicated they consented "to ADR Procedure No. 2, and will appear before a neutral selected from the Court's mediation panel." (Doc. 9 at 11.) However, the parties have decided instead to retain a private mediator. (Doc. 11) Thus, the Court **ORDERS**:

1. **Within 14 days**, the parties **SHALL** file a joint report providing the details about the planned mediation and whether the matter should remain stayed throughout the mediation process.

IT IS SO ORDERED.

Dated: **January 27, 2021**            /s/ Jennifer L. Thurston
                               UNITED STATES MAGISTRATE JUDGE