1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOSE GONZALEZ, et al., | Case No.: 1:20-CV-01322-DAD-JLT |
| Plaintiffs, | ORDER LIFTING STAY AND SETTING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| SUBARU OF AMERICA, INC., | |
| Defendant. | |

The parties report that they are scheduled for mediation on March 19, 2021. (Doc. 13 at 2) They report also, that they do not want the case stayed while they engage in mediation. Id. Thus, the Court **ORDERS**:

    1.    The stay is LIFTED;

    2.    The Court sets a mandatory scheduling conference on March 12, 2021 at 8:30 a.m. the parties SHALL file a joint scheduling report (Doc. 7 at 2) no later than March 5, 2021.

IT IS SO ORDERED.

    Dated:   **February 10, 2021**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE